EDWARD H. KUBO, JR.          2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI         2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA          1460
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff United States
of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0174DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| PHILLIP ANDREW NICO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment returned April 9, 2003 against defendant Phillip Andrew Nico on the ground(s) that the United States elects not to further proceed with the prosecution at this time.

The defendant is in custody on the dismissed charge listed above, and the United States asks that he be forthwith released from custody.

DATED: Honolulu, Hawaii, June 16, 2004.

          EDWARD H. KUBO, JR.
          UNITED STATES ATTORNEY
          District of Hawaii

By /s/ Michael K. Kawahara
   MICHAEL K. KAWAHARA
   Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

          DAVID ALAN EZRA
          _____
          DAVID A. EZRA
          CHIEF U.S. DISTRICT JUDGE

United States v. Phillip Andrew Nico
Cr. No. 03-0174DAE
Order for Dismissal

copies:   United States Marshal
          U.S. Drug Enforcement Administration
          David F. Klein, Esq. (Attorney for defendant)